**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Bernard Harry THERIOT,**
**Defendant–Appellant.**

**No. 12–20684**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Bernard Harry Theriot has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Theriot has filed a response. He has also moved to file a pro se brief, which motion is GRANTED. We have reviewed counsel's brief and the relevant portions of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record reflected therein, as well as Theriot's response and brief. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Theriot's motion to strike counsel's *Anders* brief is DENIED. Likewise, Theriot's motion to consolidate his case with No. 12–20683 is DENIED.